B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bussler, Zane D. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): Interest in NBD Transportation Inc.;<br>Interest in Bussler and Associates, LLC; Interest in Winchester Boat Works Inc.;<br>Interest in Stateline Lake Associates LLC. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| --- | --- |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>xxx-xx-3383 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| --- | --- |

| Street Address of Debtor (No. & Street, City, and State):<br>1657 N. Bell Ave., Apt 3R<br>Chicago, IL 60647<br>ZIP CODE 60647-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| --- | --- |

| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| --- | --- |

| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| --- | --- |

Location of Principal Assets of Business Debtor (if different from street address above): NBD Transportation, Inc c/o Robert A. Baron, Registered Agent  33 N. LaSalle Street, Suite 3200, Chicago, IL 60602

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

[✓] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
[ ] Corporation (includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

[✓] Chapter 7
[ ] Chapter 9
[ ] Chapter 11
[ ] Chapter 12
[ ] Chapter 13
[ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box.)

[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
[✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)

[✓] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**    **Chapter 11 Debtors**

[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter.*)
--------------------------------------------
**Check all applicable boxes:**
[ ] A plan is being filed with this petition.
[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Zane D. Bussler |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

```
_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)
```

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Zane D. Bussler |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor Zane D. Bussler

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Robert R. Benjamin 0170429
Printed Name of Attorney for Debtor(s)
Golan & Christie LLP
Firm Name
70 W. Madison
Suite 1500
Chicago, IL 60602
Address
            Email:rrbenjamin@golanchristie.com
(312) 263-2300 Fax:(312) 263-0939
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address
X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Zane D. Bussler
_____
                                    Debtor(s)

Case No.  _____
Chapter   7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Zane D. Bussler
                       Zane D. Bussler

Date:   August 25, 2015

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Zane D. Bussler** ,                                        Case No. _____

                                    Debtor

                                                                  Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 465,000.00 | | |
| B - Personal Property | Yes | 4 | 306,505.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 540,440.62 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 1,922,431.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 4 | | | 6,880.20 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,803.34 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | Total Assets | | 771,505.78 | | |
| | | Total Liabilities | | 2,462,872.61 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Zane D. Bussler** ,

Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Zane D. Bussler**                                          ,       Case No. _____
_____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling**<br>**12058 Baer Road**<br>**Presque Isle, WI 54557** | **Fee Simple** | - | **340,000.00** | **298,560.00** |
| **11649 Stateline Lake Road**<br>**Presque Isle, WI 54557**<br>**2 Buildings Comprising**<br>**10,0000 SQ. FT.**<br>**Single Use Facility** | **50% Interest in Limited Liability Entity Stateline Lake Assoc., LLC** | - | **125,000.00** | **127,418.89** |

| | | |
|---|---|---|
| Sub-Total > | **465,000.00** | (Total of this page) |
| Total > | **465,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re     **Zane D. Bussler**                                                                                    ,     Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Account** | - | 45.00 |
| | | | **Chase Bank Savings Account** | - | 160.28 |
| | | | **Headwaters Bank Checking Account** | - | 238.00 |
| | | | **Headwaters Bank Savings Account** | - | 173.55 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings in storage in South Elgin, IL** | - | 100.00 |
| | | | **Household Goods and Furnishing for property located** **12058 Baer Rd., Presque Isle, WI 54557** | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used personal clothing** | - | 100.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Winchester 30-30** | - | 100.00 |
| | | | **Charles Davis 12 Gauge** | - | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual Whole Life $50,000.00** **Direct Beneficiary: Zane Bussler** **Insured: Meredit D. Bussler** | - | 1,966.76 |

|  | Sub-Total > | **3,533.59** |
|---|---|---|
|  | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zane D. Bussler**                                                                ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Northwestern Mutual Whole Life $50,000.00 Direct Beneficiary: Zane Bussler Insured: Elizabeth K. Bussler** | - | 1,692.97 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Nationwide Insurance 401(K)** | - | 108,832.36 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Interest in NBD Transportation, Inc** | - | 0.00 |
| | | **100% Interest in Bussler & Associates, LLC** | - | 17,467.21 |
| | | **50% Interest in Winchester Boat Works, Inc.** | - | 0.00 |
| | | **50% Interest in State Line Lake Assoc., LLC** | - | 0.00 |
| | | **100% Interest in proprietorship: Log Retreat Tourist Rental** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Winchester Boat Works, Inc.** | - | 22,736.52 |
| | | **NBD Transportation, Inc.** | - | 85,809.89 |
| | | **Stateline Lake Associates LLC** | - | 8,528.24 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  | Sub-Total ><br>(Total of this page) | 245,067.19 |
|---|---|---|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zane D. Bussler**_____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Log Retreat Tourist Rental-State of Wisconsin License for Presque Isle Real Estate** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Mercedes Benz C240 (Purchased Used)** | - | 2,100.00 |
| | | **2015 Ford Super Duty 4WD (Joint with NBD Transportation Inc)** | J | 53,000.00 |
| 26. Boats, motors, and accessories. | | **2005 Princecraft pontoon boat** | - | 2,800.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

|  | Sub-Total > | 57,900.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zane D. Bussler**                                         ,        Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Horse (Mare) Age 14** | - | **5.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            **5.00**
(Total of this page)

Total >       **306,505.78**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Zane D. Bussler**
_____,   Case No. _____
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Dwelling** | 735 ILCS 5/12-901 | 15,000.00 | 340,000.00 |
| **12058 Baer Road** | | | |
| **Presque Isle, WI 54557** | | | |
| **Cash on Hand** | | | |
| **Cash on Hand** | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank Checking Account** | 735 ILCS 5/12-1001(b) | 45.00 | 45.00 |
| **Chase Bank Savings Account** | 735 ILCS 5/12-1001(b) | 160.28 | 160.28 |
| **Headwaters Bank Checking Account** | 735 ILCS 5/12-1001(b) | 144.72 | 238.00 |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings in storage in South Elgin, IL** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Household Goods and Furnishing for property located** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **12058 Baer Rd., Presque Isle, WI 54557** | | | |
| **Wearing Apparel** | | | |
| **Used personal clothing** | 735 ILCS 5/12-1001(a) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Winchester 30-30** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Charles Davis 12 Gauge** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Nationwide Insurance 401(K)** | 735 ILCS 5/12-1006 | 108,832.36 | 108,832.36 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Mercedes Benz C240 (Purchased Used)** | 735 ILCS 5/12-1001(c) | 2,100.00 | 2,100.00 |
| **Boats, Motors and Accessories** | | | |
| **2005 Princecraft pontoon boat** | 735 ILCS 5/12-1001(b) | 2,800.00 | 2,800.00 |

Total: | 130,032.36 | 455,125.64 |

____**0**____ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Zane D. Bussler**                          ,    Case No. _____

                                **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9902414373** <br><br> **BMO Harris Bank N.A.** <br> **P.O. Box 6201** <br> **Carol Stream, IL 60197** | X | J | **Automobile Loan** <br><br> **2015 Ford Super Duty 4WD (Joint with NBD Transportation Inc)** <br><br><br> Value $     **53,000.00** | X | X | | 51,918.98 | 0.00 |
| Account No. **599-80004** <br><br> **Nationwide Retirement Solutions** <br> **P.O. Box 182797** <br> **Columbus, OH 43218** | | - | **Nationwide Insurance 401(K)** <br><br><br><br> Value $     **108,832.36** | | X | | 49,779.48 | 0.00 |
| Account No. **13771763** <br><br> **Northwestern Mutual** <br> **P.O. Box 3007** <br> **Milwaukee, WI 53201** | | - | **Loan Against Life Insurance Policy** <br><br> **Northwestern Mutual Whole Life $50,000.00** <br> **Direct Beneficiary: Zane Bussler** <br> **Insured: Meredit D. Bussler** <br> Value $     **1,966.76** | | X | | 5,635.51 | 0.00 |
| Account No. **13771708** <br><br> **Northwestern Mutual** <br> **P.O. Box 3007** <br> **Milwaukee, WI 53288** | | - | **Loan Against Life Insurance Policy** <br><br> **Northwestern Mutual Whole Life $50,000.00** <br> **Direct Beneficiary: Zane Bussler** <br> **Insured: Elizabeth K. Bussler** <br> Value $     **1,692.97** | | X | | 5,635.51 | 0.00 |

   __1__   continuation sheets attached

| | Subtotal <br> (Total of this page) | 112,969.48 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __Zane D. Bussler_____,    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **03801379000-40001** | | | | | Guarantor of Working Capital Loan for Winchester Boat Works 11649 Stateline Lake Road Presque Isle, WI 54557 2 Buildings Comprising 10,0000 SQ. FT. Single Use Facility | | | | | |
| **The Northern Trust Co. 50 S. LaSalle St. Chicago, IL 60675** | X | - | | | | | X | | | |
| | | | | | Value $              **125,000.00** | | | | **127,418.89** | **0.00** |
| Account No. **22-747** | | | | | 2014 Property Taxes 12058 Baer Rd., Presque Isle, WI 54557 | | | | | |
| **Vilas County Treasurer 330 Court St. Eagle River, WI 54521** | | - | | | | | X | | | |
| | | | | | Value $              **0.00** | | | | **1,492.25** | **0.00** |
| Account No. **0377854906** | | | | | First Mortgage Single Family Dwelling 12058 Baer Road Presque Isle, WI 54557 | | | | | |
| **Wells Fargo Home Mortgage P.O. Box 6423 Carol Stream, IL 60197** | | - | | | | | X | | | |
| | | | | | Value $              **340,000.00** | | | | **298,560.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet _**1**___ of _**1**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **427,471.14** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **540,440.62** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Zane D. Bussler**                                                                          Case No. _____
                                                  ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>     0     </u>   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Zane D. Bussler**                                                          ,   Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **6-72008**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | - | | | | **Goods and Services** | | X | | 29,681.95 |
| Account No. **2529**<br><br>**Baldin's Garage**<br>**P.O. Box 1342**<br>**214 LaSalle Road**<br>**La Salle, IL 61301** | X | J | | | **Contingent Corporate Obligation** | X | X | | 926.83 |
| Account No. **4313-0704-8091-9106**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | X | J | | | **Contingent Corporate Obligation** | X | X | | 8,425.04 |
| Account No. **5466-3225-3901-4831**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | X | J | | | **Contingent Corporate Obligation** | X | X | | 6,527.09 |

| | | |
|---|---|---|
| __14__   continuation sheets attached | Subtotal<br>(Total of this page) | 45,560.91 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane D. Bussler** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4313-0735-4432-7860** | | | | Contingent Corporate Obligation | | | | |
| **Bank of America** **P.O. Box 851001** **Dallas, TX 75285** | X | J | | | X | X | | 6,547.00 |
| Account No. | | | | Contingent Corporate Obligation | | | | |
| **Berg Farms Trucking, Inc** **2410 Kelly Rd** **Caledonia, IL 61011** | X | J | | | X | X | | 10,142.54 |
| Account No. | | | | Personal Investment | | | | |
| **Bussler and Associates, LLC** **P.O. Box 69** **Presque Isle, WI 54557** | - | | | | | X | | 2,608.07 |
| Account No. **229775** | | | | See Below National Funding Claim | | | | |
| **Can Capital** **414 W 14th Street 3rd Floor** **New York, NY 10014** | X | J | | | X | X | | 35,181.90 |
| Account No. | | | | Contingent Corporate Obligation | | | | |
| **Central Equipment Finance** **200 W. Northtown Road** **Normal, IL 61761** | X | J | | | X | X | | 18,305.43 |

Sheet no. __1__ of __14__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 72,784.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane D. Bussler**                                                                ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase<br>P.O. Box 6026<br>Mailcode IL 1-0054<br>Chicago, IL 60680** | X | J | **Guarantor of Corporate Obligation of NBD Transportation** | X | X | | 70,155.00 |
| Account No. **4246315104819500**<br><br>**Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886** | X | J | **Contingent Corporate Obligation** | | X | | 6,305.75 |
| Account No. **4246-3151-1667-0116**<br><br>**Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886** | X | J | **Contingent Corporate Obligation** | | X | | 36,187.27 |
| Account No. **4266-8412-6933-5061**<br><br>**Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886** | X | J | **Contingent Corporate Obligation** | X | X | | 4,747.51 |
| Account No. **4050-3711-0264-4198**<br><br>**Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886** | X | J | **Contingent Corporate Obligation** | X | X | | 5,414.67 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122,810.20

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane D. Bussler**                                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4266-8120-2447-8538** | | | **Contingent Corporate Obligation** | | | | |
| **Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886** | X | J | | X | X | | 9,005.47 |
| Account No. **4121-3831-0752-5301** | | | **Contingent Corporate Obligation** | | | | |
| **Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886** | X | J | | X | X | | 6,514.43 |
| Account No. **4246-3151-8664-2193** | | | **Contingent Corporate Obligation** | | | | |
| **Chase Cardmember Service P.O. Box 94014 Palatine, IL 60094** | X | J | | X | X | | 10,394.26 |
| Account No. **4246-3151-8459-5021** | | | **Contingent Corporate Obligation** | | | | |
| **Chase Cardmember Service P.O. Box 94014 Palatine, IL 60094** | X | J | | X | X | | 15,717.24 |
| Account No. **5657Q** | | | **Contingent Corporate Obligation** | | | | |
| **CIT Group 200 W. Northtown Road Normal, IL 61761** | X | J | | X | X | | 9,501.36 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,132.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane D. Bussler**                                                            , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3212**<br><br>**CIT Group Leasing Inc.**<br>**301 W. Northtown Rd**<br>**Normal, IL 61761** | X | J | **Guarantor of lease agreement with NBD Transportation Inc., for trucks** | X | X | | 10,546.73 |
| Account No.<br><br>**CIT Group Leasing, Inc**<br>**200 W. Northtown Rd.**<br>**Normal, IL 61761** | X | J | **Contingent Corporate Obligation**<br>**Pete Vin 6138** | X | X | | 62,235.39 |
| Account No.<br><br>**CIT Group Leasing, Inc.**<br>**200 W. Northtown Rd.**<br>**Normal, IL 61761** | X | J | **Contingent Corporate Obligation**<br>**Pete Vin 6133** | X | X | | 38,337.20 |
| Account No. **5589-5400-0254-5831**<br><br>**CitiBusiness Card**<br>**P.O. Box 78045**<br>**Phoenix, AZ 85062** | X | J | **Multiple credit card numbers with ......5831 as master account number.** | X | X | | 100,286.55 |
| Account No.<br><br>**Diamond Truck Wash**<br>**3129 May Road**<br>**Peru, IL 61354** | X | J | **Contingent Corporate Obligation** | X | X | | 690.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212,095.87

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Zane D. Bussler**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5921203-001 <br><br> GE Transportation Finance <br> P.O. Box 822108 <br> Philadelphia, PA 19182 | X | J | | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 25,652.98 |
| Account No. 7942547-001 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of lease agreement with NBD Transportation Inc., for tractors and trailers | X | X | | 12,883.11 |
| Account No. 7816606-001 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 112,986.71 |
| Account No. 7816606-002 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | Unknown |
| Account No. 7816606-003 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 85,353.19 |

Sheet no. __5___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

236,875.99

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane D. Bussler**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 7816606-004 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 91,283.58 |
| Account No. 7942547-002 <br><br> GE Transportation Finance <br> P.O. Box 538121 <br> Atlanta, GA 30353 | X | J | | Guarantor of lease agreement with NBD Transportation Inc., for tractors and trailers | X | X | | 32,464.29 |
| Account No. 536637 <br><br> Great West Casualty Company <br> P.O. Box 83235 <br> Chicago, IL 60691 | X | J | | Contingent Corporate Obligation | X | X | | 6,926.00 |
| Account No. 11076449 0001 <br><br> Illinois Valley Community Hospital <br> 925 West Street <br> Peru, IL 61354 | - | | | Medical Services | | X | | 65.00 |
| Account No. 201511 <br><br> JNG Transport Inc. <br> 10894 Branding Iron Lane <br> Roscoe, IL 61073 | X | J | | Contingent Corporate Obligation | X | X | | 29,674.63 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160,413.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane D. Bussler**                                                                      ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **65508** <br><br> **Johnson Oil** <br> **1305 12th Avenue** <br> **Rock Falls, IL 61071** | X | J | | Contingent Corporate Obligation | X | X | | 2,650.16 |
| Account No. **BG2246985** <br><br> **Kwik Trip Extended Network** <br> **P.O. Box 70887** <br> **Charlotte, NC 28272** | X | J | | Contingent Corporate Obligation | X | X | | 5,436.06 |
| Account No. **012 7580** <br><br> **Love's Travel Stops & Country** <br> **10601 N. Pennsylvania Avenue** <br> **Oklahoma City, OK 73120** | X | J | | Contingent Corporate Obligation | X | X | | 5,046.51 |
| Account No. <br><br> **Mack Financial Services** <br> **P.O. Box 7247-0236** <br> **Philadelphia, PA 19170** | X | J | | Guarantor of loan to NBD Transportation Inc. | X | X | | 63,893.53 |
| Account No. <br><br> **Mack Financial Services** <br> **P.O. Box 7247-0236** <br> **Philadelphia, PA 19170** | X | J | | Guarantor of loan to NBD Transportation Inc. | X | X | | 63,893.52 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,919.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane D. Bussler**                                                          ,          Case No. _____
                                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guarantor of loan to NBD Transportation Inc. | | | | |
| **Mack Financial Services** P.O. Box 7247-0236 Philadelphia, PA 19170 | X | J | | | X | X | | 63,777.66 |
| Account No. | | | | 2014-2015 Personal Loans | | | | |
| **Mark and Laura McNames** 6285 E. Weld Pard Road Stillman Valley, IL 61084 | - | | | | X | X | | 39,764.18 |
| Account No. 9-032-051 (5096) | | | | Medical Services | | | | |
| **Mayo Clinic** P.O. Box 790125 Saint Louis, MO 63179 | - | | | | | X | | 4,723.76 |
| Account No. 9-032-051 (5091) | | | | Medical Services | | | | |
| **Mayo Clinic** P.O. Box 790125 Saint Louis, MO 63179 | - | | | | | X | | 974.43 |
| Account No. 4878 | | | | Guarantor of loan to NBD Transportation Inc. | | | | |
| **National Funding** 9820 Towne Centre Drive, Ste 200 San Diego, CA 92121 | X | J | | | X | X | | 35,181.90 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

144,421.93

B6F (Official Form 6F) (12/07) - Cont.

In re __Zane D. Bussler__ _____,      Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **9105651957** <br><br> **Navient** <br> **P.O. Box 13612** <br> **Philadelphia, PA 19101** | X | J | | **Guarantor of Loan Group Number 5029-3504-7851-9171** | | X | | 12,417.02 |
| Account No. **9943782997** <br><br> **Navient** <br> **P.O. Box 13611** <br> **Philadelphia, PA 19101** | X | J | | **Guarantor of Loan Group Number 5029-3504-7840-8722** | | X | | 13,830.68 |
| Account No. **9943782997** <br><br> **Navient** <br> **P.O. Box 13611** <br> **Philadelphia, PA 19101** | X | J | | **Guarantor of Loan Group Number 5029-3500-0609-8193** | | X | | 11,330.03 |
| Account No. **9105651957** <br><br> **Navient** <br> **P.O. Box 13612** <br> **Philadelphia, PA 19101** | X | J | | **Guarantor of Loan Group Number 5029-3508-0175-2499** | | X | | 9,993.96 |
| Account No. **9105651957** <br><br> **Navient** <br> **P.O. Box 13612** <br> **Philadelphia, PA 19101** | X | J | | **Guarantor of Loan Group Number 5029-3508-0175-2507** | | X | | 10,065.54 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,637.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zane D. Bussler** _____ ,    Case No. _____
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **41019**<br><br>**Northwoods Home Rentals**<br>**P.O. Box 95**<br>**Presque Isle, WI 54557** | - | | **Home rental management** | | X | | **Unknown** |
| Account No. **35267B**<br><br>**Nuss Truck Group Inc.**<br>**6500 U.S. Highway 63 So.,**<br>**P.O. Box 6699**<br>**Rochester, MN 55903** | X | J | **Contingent Corporate Obligation** | X | X | | **2,264.43** |
| Account No.<br><br>**Paccar Financial Corp**<br>**1901 N. Roselle Rd., Suite 900**<br>**Schaumburg, IL 60195** | X | J | **Guarantor of equipment lease with NBD Transportation** | X | X | | **98,000.00** |
| Account No. **5049906104844320**<br><br>**PayPal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | X | J | **Contingent Corporate Obligation** | X | X | | **4,155.03** |
| Account No. **5049-9020-3118-5381**<br><br>**Paypal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | X | J | **Contingent Corporate Obligation** | X | X | | **3,797.91** |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**108,217.37**

B6F (Official Form 6F) (12/07) - Cont.

In re __Zane D. Bussler_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7392011<br><br>Pomp's Tire Service, Inc.<br>Attention: AR Department<br>P.O. Box 1630<br>Green Bay, WI 54305 | X | J | Contingent Corporate Obligation | X | X | | 6,437.20 |
| Account No.<br><br>Preventative Maintenance Systems<br>36w756 Hickory Hollow Dr.<br>Dundee, IL 60118 | X | J | Contingent Corporate Obligation | X | X | | 197.71 |
| Account No.<br><br>Ranken Trucking, Inc.<br>5411 S. Mulford Rd<br>Rochelle, IL 61068 | X | J | Contingent Corporate Obligation | X | X | | 17,375.81 |
| Account No. 53095<br><br>Rochelle Travel Plaza, Inc.<br>900 Petro Drive<br>P.O. Box 32<br>Rochelle, IL 61068 | X | J | Contingent Corporate Obligation | X | X | | 11,669.29 |
| Account No. 532-100-0373-033<br><br>Safe-Rite Staffing, Inc<br>39018 Treasury Center<br>Chicago, IL 60694 | X | J | Contingent Corporate Obligation | X | X | | 5,656.51 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,336.52

B6F (Official Form 6F) (12/07) - Cont.

In re **Zane D. Bussler** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **12900**<br><br>Sapp Bros Travel Centers, Inc<br>P.O. Box 45766<br>Omaha, NE 68145 | X | J | | Contingent Corporate Obligation | X | X | | 2,212.61 |
| Account No. **826-8028232**<br><br>Scottrade Bank<br>Equipment Finance<br>P.O. Box 956951<br>Saint Louis, MO 63195 | X | J | | Guarantor of Promissory Note with NBD Transportation #8028232 dated 02/26/2015 | X | X | | 61,575.62 |
| Account No. **247086**<br><br>Shafer Staffing, Inc<br>P.O. Box 75343<br>Chicago, IL 60675 | X | J | | Contingent Corporate Obligation | X | X | | 26,637.73 |
| Account No. **NBDTR-1**<br><br>Stassen Insurance Agency, Inc.<br>P.O. Box 1600<br>Woodstock, IL 60098 | X | J | | Contingent Corporate Obligation | X | X | | 32,261.18 |
| Account No. **52025**<br><br>Stuart Tank Sales Corp<br>940 E. Geneva Street<br>P.O. Box 558<br>Elkhorn, WI 53121 | X | J | | Contingent Corporate Obligation | X | X | | 858.47 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,545.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zane D. Bussler**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 001-0657766-500<br><br>**TCF Equipment Finance**<br>**11100 Wayzata Blvd**<br>**Ste. 801**<br>**Minnetonka, MN 55305** | X | J | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 54,068.76 |
| Account No. 001-0657766-502<br><br>**TCF Equipment Finance**<br>**11100 Wayzata Blvd, Suite 801**<br>**Hopkins, MN 55305** | X | J | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | X | X | | 28,012.00 |
| Account No. 001-0657766-501<br><br>**TCF Equipment Finance**<br>**11100 Wayzata Blvd, Suite 801**<br>**Hopkins, MN 55305** | X | J | Guarantor of promissory notes and lease agreements with NBD Transportation Inc., for tractors and trailers | | X | | 35,722.07 |
| Account No. 001-0657766-100<br><br>**TCF Equipment Finance**<br>**11100 Wayazata Blvd, Suite 801**<br>**Hopkins, MN 55305** | X | J | Guarantor of lease agreements with NBD Transportation Inc., for tractors and trailers | | X | | 195,000.00 |
| Account No. 722815<br><br>**Trans Am Truck & Trailer Parts**<br>**4233 Eleventh St**<br>**Rockford, IL 61109** | X | J | Contingent Corporate Obligation | X | X | | 348.57 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

313,151.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zane D. Bussler** _____ ,     Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **51770** | | | Contingent Corporate Obligation | | | | |
| Tredroc Tire Services P.O. Box 1248 Bedford Park, IL 60499 | X | J | | X | X | | 2,308.12 |
| Account No. 0134801 | | | Medical Services | | | | |
| Tri-Cities Surgery Center, LLC 345 Delnor Drive Geneva, IL 60134 | - | | | | X | | 2,160.00 |
| Account No. | | | Contingent Corporate Obligation | | | | |
| Victoria A. Haines CPA LLC 1005 Prairie St. Saint Charles, IL 60174 | X | J | | X | X | | 12,942.50 |
| Account No. | | | Contingent Corporate Obligation | | | | |
| WebBank c/o CAN Capital Asset Servicing Inc 155 North 400 West, Suite 315 Salt Lake City, UT 84103 | | J | | X | X | | 64,500.00 |
| Account No. 369-937-321-7 | | | Contingent Corporate Obligation | | | | |
| Wex Bank P.O. Box 5727 Carol Stream, IL 60197 | X | J | | X | X | | 9,617.36 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 91,527.98 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,922,431.99 |

B6G (Official Form 6G) (12/07)

.

In re    **Zane D. Bussler**                                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CIT Group Leasing, Inc**<br>**200 W. Northtown Rd**<br>**Normal, IL 61761** | **5 Year Equipment Least dated September 9, 2014**<br>**with NBD Transportation** |
| **CIT Group Leasing, Inc**<br>**200 W. Northtown Rd.**<br>**Normal, IL 61761** | **Lease No.: 3212 for two 2015 Mack CXU613**<br>**Trucks** |
| **EBI**<br>**1657 N. Bell, Apt. 3R**<br>**Chicago, IL 60647** | **Residential Lease $1,000.00 per month.** |
| **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** | **Acct# 7942547-002**<br>**Guarantor of lease agreement with NBD**<br>**Transportation Inc., for tractors and trailers** |
| **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** | **Acct# 7942547-001**<br>**Guarantor of lease agreement with NBD**<br>**Transportation Inc., for tractors and trailers** |
| **Mack Financial Services**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19170** | **Guarantor of lease agreements with NBD**<br>**Transportation Inc. 2015 Mack CXU613 and 2015**<br>**Mack Green** |
| **Northwoods Home Rentals**<br>**P.O. Box 95**<br>**Presque Isle, WI 54557** | **Management agreement for property located**<br>**12058 Baer Road, Presque Isle, WI 54557** |
| **Paccar Financial Corp**<br>**1901 N. Roselle Rd**<br>**Schaumburg, IL 60195** | **5 Year equipment lease with NBD Transportation** |
| **TCF Equipment Finance**<br>**11100 Wayzata Blvd, Suite 801**<br>**Hopkins, MN 55305** | **Guarantor of promissory lease agreements with**<br>**NBD Transportation Inc., for tractors and trailers** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Zane D. Bussler**                                                    ,    Case No. _____

                                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brian Petty**<br>**20500 Linden Road**<br>**Excelsior, MN 55332** | **The Northern Trust Co.**<br>**50 S. LaSalle St.**<br>**Chicago, IL 60675** |
| **Bussler and Associates, LLC**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Chase Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** |
| **Elizabeth Bussler**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Navient**<br>**P.O. Box 13612**<br>**Philadelphia, PA 19101** |
| **Elizabeth Bussler**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Navient**<br>**P.O. Box 13612**<br>**Philadelphia, PA 19101** |
| **Elizabeth Bussler**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Navient**<br>**P.O. Box 13612**<br>**Philadelphia, PA 19101** |
| **Kevin W Mackey**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Laura McNames**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Paypal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** |
| **Laura McNames**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Laura McNames**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Laura McNames**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |
| **Laura McNames**<br>**6285 E. Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |

**6**

____ continuation sheets attached to Schedule of Codebtors

In re    **Zane D. Bussler**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Scottrade Bank**<br>**Equipment Finance**<br>**P.O. Box 956951**<br>**Saint Louis, MO 63195** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Preventative Maintenance Systems**<br>**36w756 Hickory Hollow Dr.**<br>**Dundee, IL 60118** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **PayPal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Mark McNames**<br>**6285 E. Weld Pard Rd.**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |
| **Meredith D. Bussler**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Navient**<br>**P.O. Box 13611**<br>**Philadelphia, PA 19101** |
| **Meredith D. Bussler**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Navient**<br>**P.O. Box 13611**<br>**Philadelphia, PA 19101** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Pomp's Tire Service, Inc.**<br>**Attention: AR Department**<br>**P.O. Box 1630**<br>**Green Bay, WI 54305** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Rochelle Travel Plaza, Inc.**<br>**900 Petro Drive**<br>**P.O. Box 32**<br>**Rochelle, IL 61068** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Shafer Staffing, Inc**<br>**P.O. Box 75343**<br>**Chicago, IL 60675** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re  **Zane D. Bussler**                                                                    , Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NBD Transportation**<br>**6285 East Weld Park**<br>**Stillman Valley, IL 61084** | **Baldin's Garage**<br>**P.O. Box 1342**<br>**214 LaSalle Road**<br>**La Salle, IL 61301** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Kwik Trip Extended Network**<br>**P.O. Box 70887**<br>**Charlotte, NC 28272** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Love's Travel Stops & Country**<br>**10601 N. Pennsylvania Avenue**<br>**Oklahoma City, OK 73120** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Paypal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **BMO Harris Bank N.A.**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **TCF Equipment Finance**<br>**11100 Wayzata Blvd, Suite 801**<br>**Hopkins, MN 55305** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **TCF Equipment Finance**<br>**11100 Wayzata Blvd, Suite 801**<br>**Hopkins, MN 55305** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Codebtors

In re   **Zane D. Bussler**                                              ,   Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **GE Transportation Finance**<br>**P.O. Box 538121**<br>**Atlanta, GA 30353** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **TCF Equipment Finance**<br>**11100 Wayazata Blvd, Suite 801**<br>**Hopkins, MN 55305** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **NBD Transportation**<br>**6285 East Weld Park**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **CIT Group Leasing, Inc**<br>**200 W. Northtown Rd.**<br>**Normal, IL 61761** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Mack Financial Services**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19170** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Mack Financial Services**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19170** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Mack Financial Services**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19170** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re   **Zane D. Bussler**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **CIT Group**<br>**200 W. Northtown Road**<br>**Normal, IL 61761** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Central Equipment Finance**<br>**200 W. Northtown Road**<br>**Normal, IL 61761** |
| **NBD Transportation**<br>**6285 East Weld Park**<br>**Stillman Valley, IL 61084** | **Chase**<br>**P.O. Box 6026**<br>**Mailcode IL 1-0054**<br>**Chicago, IL 60680** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Can Capital**<br>**414 W 14th Street 3rd Floor**<br>**New York, NY 10014** |
| **NBD Transportation**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **CIT Group Leasing Inc.**<br>**301 W. Northtown Rd**<br>**Normal, IL 61761** |
| **NBD Transportation Inc**<br>**6285 East Weld Pard Road**<br>**Stillman Valley, IL 61084** | **Berg Farms Trucking, Inc**<br>**2410 Kelly Rd**<br>**Caledonia, IL 61011** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Stuart Tank Sales Corp**<br>**940 E. Geneva Street**<br>**P.O. Box 558**<br>**Elkhorn, WI 53121** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Great West Casualty Company**<br>**P.O. Box 83235**<br>**Chicago, IL 60691** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Tredroc Tire Services**<br>**P.O. Box 1248**<br>**Bedford Park, IL 60499** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **CitiBusiness Card**<br>**P.O. Box 78045**<br>**Phoenix, AZ 85062** |
| **NBD Transportation Inc**<br>**3285 East Weld Pard Road**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **PayPal Credit**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Zane D. Bussler**                                                                  ,    Case No. _____

                                                                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **NBD Transportation Inc**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Sapp Bros Travel Centers, Inc**<br>**P.O. Box 45766**<br>**Omaha, NE 68145** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Paccar Financial Corp**<br>**1901 N. Roselle Rd., Suite 900**<br>**Schaumburg, IL 60195** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Victoria A. Haines CPA LLC**<br>**1005 Prairie St.**<br>**Saint Charles, IL 60174** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **JNG Transport Inc.**<br>**10894 Branding Iron Lane**<br>**Roscoe, IL 61073** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Preventative Maintenance Systems**<br>**36w756 Hickory Hollow Dr.**<br>**Dundee, IL 60118** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Nuss Truck Group Inc.**<br>**6500 U.S. Highway 63 So.,**<br>**P.O. Box 6699**<br>**Rochester, MN 55903** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Diamond Truck Wash**<br>**3129 May Road**<br>**Peru, IL 61354** |
| **NBD Transportation inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Safe-Rite Staffing, Inc**<br>**39018 Treasury Center**<br>**Chicago, IL 60694** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Wex Bank**<br>**P.O. Box 5727**<br>**Carol Stream, IL 60197** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **CIT Group Leasing, Inc.**<br>**200 W. Northtown Rd.**<br>**Normal, IL 61761** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Stassen Insurance Agency, Inc.**<br>**P.O. Box 1600**<br>**Woodstock, IL 60098** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Johnson Oil**<br>**1305 12th Avenue**<br>**Rock Falls, IL 61071** |
| **NBD Transportation Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Trans Am Truck & Trailer Parts**<br>**4233 Eleventh St**<br>**Rockford, IL 61109** |

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Codebtors

In re    **Zane D. Bussler**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **NBD Transportation, Inc**<br>**6285 East Weld Park Rd**<br>**Stillman Valley, IL 61084** | **National Funding**<br>**9820 Towne Centre Drive, Ste 200**<br>**San Diego, CA 92121** |
| **NBD Transportation, Inc.**<br>**6285 East Weld Park Rd**<br>**Stillman Valley, IL 61084** | **Scottrade Bank**<br>**Equipment Finance**<br>**P.O. Box 956951**<br>**Saint Louis, MO 63195** |
| **NBD Transportation, Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **Ranken Trucking, Inc.**<br>**5411 S. Mulford Rd**<br>**Rochelle, IL 61068** |
| **NBD Transportations Inc.**<br>**6285 East Weld Park Road**<br>**Stillman Valley, IL 61084** | **TCF Equipment Finance**<br>**11100 Wayzata Blvd**<br>**Ste. 801**<br>**Minnetonka, MN 55305** |
| **Stateline Lake Assoc., LLC**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **The Northern Trust Co.**<br>**50 S. LaSalle St.**<br>**Chicago, IL 60675** |
| **Winchester Boat Works Inc.**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **The Northern Trust Co.**<br>**50 S. LaSalle St.**<br>**Chicago, IL 60675** |
| **Winchester Boat Works Inc.**<br>**P.O. Box 69**<br>**Presque Isle, WI 54557** | **Chase Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1 ___Zane D. Bussler_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:        Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status\***  ■ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | **Occupation** | Owner | |
| | **Employer's name** | NBD Transportation Inc. | |
| | **Employer's address** | 6285 East Weld Park Road<br>Stillman Valley, IL 61084 | |
| | **How long employed there?** | 27 Years | |

*See Attachment for Additional Employment Information

**Part 2:        Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  9,006.66 | $  N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$  0.00 | +$  N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $  9,006.66 | $  N/A |

Debtor 1    Zane D. Bussler                                                                 Case number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 9,006.66 | $ N/A |

5. **List all payroll deductions:**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,429.79 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h.+ **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 2,429.79    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 6,576.87    $ N/A

8. **List all other income regularly received:**

| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 303.33 | $ N/A |
|---|---|---|---|
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h.+ **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 303.33    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 6,880.20    + $ N/A    = $ 6,880.20
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 6,880.20

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Debtor 1   Zane D. Bussler _____     Case number (*if known*) _____

# Official Form B 6I
# Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | Consultant | |
| Name of Employer | Bussler and Associates | |
| How long employed | 2 Years | |
| Address of Employer | 11649 County B<br>Presque Isle, WI 54557 | |

**Income and Expenses for 12058 Baer Road, Presque Isle, WI 54557 (February 2015-July2015)**

| Period | Gross Income | Utilities | Management Expenses | Maintenance | Total Expenses | Net Income |
|---|---|---|---|---|---|---|
| February, 2015 | $0.00 | $275.00 | $0.00 | $0.00 | $275.00 | ($275.00) |
| March, 2015 | $0.00 | $275.00 | $0.00 | $0.00 | $275.00 | ($275.00) |
| April, 2015 | $0.00 | $275.00 | $0.00 | $0.00 | $275.00 | ($275.00) |
| May, 2015 | $525.00 | $275.00 | $136.50 | $675.00 | $1,086.50 | ($561.50) |
| June, 2015 | $0.00 | $275.00 | $0.00 | $0.00 | $275.00 | ($275.00) |
| July, 2015 | $5,974.96 | $275.00 | $1,553.49 | $665.00 | $2,493.49 | $3,481.47 |
| | | | | | | |
| Sum Totals | $6,499.96 | $1,650.00 | $1,689.99 | $1,340.00 | $4,679.99 | $1,819.97 |
| Average Totals | $1,083.33 | $275.00 | $281.67 | $223.33 | $780.00 | $303.33 |

Fill in this information to identify your case:

Debtor 1            Zane D. Bussler

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐  An amended filing
☐  A supplement showing post-petition chapter
    13 expenses as of the following date:

    _____
    MM / DD / YYYY

☐  A separate filing for Debtor 2 because Debtor
    2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**     ■ No

    Do not list Debtor 1       ☐ Yes.   Fill out this information for
    and Debtor 2.                       each dependent..............

    Do not state the
    dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include**       ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 6I.)

|  |  | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,000.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  Zane D. Bussler _____  Case number (if known) _____

6.  **Utilities:**
    6a.   Electricity, heat, natural gas                                    6a.  $                    0.00
    6b.   Water, sewer, garbage collection                                  6b.  $                    0.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.  $                  175.00
    6d.   Other. Specify:                                                   6d.  $                    0.00
7.  **Food and housekeeping supplies**                                      7.   $                  500.00
8.  **Childcare and children's education costs**                           8.   $                    0.00
9.  **Clothing, laundry, and dry cleaning**                                 9.   $                  100.00
10. **Personal care products and services**                                10.  $                  150.00
11. **Medical and dental expenses**                                        11.  $                  100.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                           12.  $                  500.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13.  $                   50.00
14. **Charitable contributions and religious donations**                   14.  $                    0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                   15a. $                    0.00
    15b.  Health insurance                                                 15b. $                  895.00
    15c.  Vehicle insurance                                               15c. $                  100.00
    15d.  Other insurance. Specify:   Daughters' Life Insurance Premiums  15d. $                   60.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                               16.  $                    0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                       17a. $                    0.00
    17b.  Car payments for Vehicle 2                                       17b. $                    0.00
    17c.  Other. Specify:                                                  17c. $                    0.00
    17d.  Other. Specify:                                                  17d. $                    0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**  18.  $                    0.00
19. **Other payments you make to support others who do not live with you.**
    Specify:                                                               19.  $
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                                     20a. $                1,722.00
    20b.  Real estate taxes                                               20b. $                  233.00
    20c.  Property, homeowner's, or renter's insurance                    20c. $                  124.00
    20d.  Maintenance, repair, and upkeep expenses                        20d. $                    0.00
    20e.  Homeowner's association or condominium dues                     20e. $                    0.00
21. **Other:** Specify:   401(K) Loan Repayment                            21.  +$                 900.25
                         Horse Maintenance                                      +$                 150.00
                         Student Loans                                          +$                 944.09

22. **Your monthly expenses.** Add lines 4 through 21.                      22.  $                7,803.34
    The result is your monthly expenses.
23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.   23a.  $               6,880.20
    23b.  Copy your monthly expenses from line 22 above.                   23b. -$               7,803.34

    23c.  Subtract your monthly expenses from your monthly income.         23c. $                 -923.14
          The result is your *monthly net income.*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.    401(K) Loan to be paid personally upon closing of NBD Transportation.
    Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Zane D. Bussler
_____    Case No. _____
                              Debtor(s)         Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    40    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    August 25, 2015                    Signature    /s/ Zane D. Bussler
                                                         Zane D. Bussler
                                                         Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Zane D. Bussler                                       Case No.           

                                             Debtor(s)              Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $58,840.00 | 2015 Wages January 2015-July 2015 |
| $20,500.00 | 2014 Wages- Per Tax Return |
| $39,308.00 | 2013 Wages- Per Tax Return |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $6,499.96 | 2015 Rental Income |

B7 (Official Form 7) (04/13)                                                                                                      2

| AMOUNT | SOURCE |
|---|---|
| $85.00 | 2014 Taxable Interest- Per Tax Return |
| $127,538.00 | 2014 Pensions and Annuities Income- Per Tax Return |
| $-59,541.00 | 2014 Schedule E Income- Per Tax Return |
| $442.00 | 2013 Taxable Interest |
| $632.00 | 2013 Schedule E Income |

---

**3. Payments to creditors**

None 

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Meredith Bussler | 10/24/2014 | $500.00 | $0.00 |
| Daughter | | | |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)    3

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GE Transportation Finance<br>P.O. Box 538121<br>Atlanta, GA 30353 | July 7, 2015 | 2015 Mack CXU 613 VIN: 1M1AW09Y9FM051428-$131,051.48<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Mack CXU 613 VIN: 1M1AW09YXFM044701-$135,456.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Mack CXU 613 VIN: 1M1AW09Y9FM051427-$135,456.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Mack CXU 613 VIN: 1M1AW09Y9FM051429-$125,456.00<br>(Debtor joint owner with NBD Transportation Inc.) |
| GE Transportation Finance<br>P.O. Box 538121<br>Atlanta, GA 30353 | July 7, 2015 | 2015 Armor Lite VIN: 56EA53K28FA000544-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA53K2XFA000545-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA53K21FA000546-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.) |
| GE Transportation Finance<br>P.O. Box 538121<br>Atlanta, GA 30353 | July 7, 2015 | 2015 Armor Lite VIN: 56EA52K20FA000408-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA52K20FA000409-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA52K20FA000410-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA52K20FA000411-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.) |
| GE Transportation Finance<br>P.O. Box 538121<br>Atlanta, GA 30353 | July 7, 2015 | 2015 Armor Lite VIN: 56EA53K29FA000620-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA53K20FA000621-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.)<br>2015 Armor Lite VIN: 56EA53K22FA000622-$32,740.00<br>(Debtor joint owner with NBD Transportation Inc.) |

---

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☑    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                     4

---

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
☑  this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☑  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
☑  and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
☑  **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐  concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CredAbility<br>270 Peachtree Street, NW<br>Suite 1800<br>Atlanta, GA 30303 | August, 2015 | $20.00 |
| Golan & Christie LLP<br>70 West Madison<br>Suite 1500<br>Chicago, IL 60602 | August, 2015 | $3,000.00 + $335.00 Filing Fee |

B7 (Official Form 7) (04/13)                                                                                                                5

**10. Other transfers**

None ☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| NBD Transportation<br>6285 East Weld Park Road<br>Stillman Valley, IL 61084 | August 2013-July 2015 | Investments in Business:<br>March 2014-$30,000.00<br>May 2014-$10,000.00<br>August 2014- $2,000.00<br>September 2014- $7,800.00<br>February 2014-$79,312.32<br>$54,000.00 of such business investments has been repaid between January 2014 and February 2015. |
| Winchester Boat Works Inc.<br>P.O. Box 69<br>Presque Isle, WI 54557 | August 2013-July 2015 | Investments in Business:<br>October 2013-$13,000.00<br>January 2014-$3,949.99<br>May 2014-$4,940.91<br>August 2014-$7,000.00<br>September 2014- $2,204.42<br>November 2014- $4,150.00<br>February 2015- $11,400.00<br>$23,908.80 of such business investments has been repaid between October 2013 and February 2015. |
| Stateline Lake Assoc., LLC<br>P.O. Box 69<br>Presque Isle, WI 54557 | August 2013-July 2015 | Investments in Business:<br>October 2013:$2,880.00<br>November 2013:$800.00<br>February 2014:$3848.24<br>February 2015:$1,000.00 |
| Bradley Hucker and Ryan Pape<br>37W167 Crane Road<br>Saint Charles, IL 60175 | September 24, 2014 | Sale of property located: 37W167 Crane Road, St. Charles, IL 60175<br>Contract Sales Price: $479,000.00 less reductions $484,363.98 (settlement charges, first mortgage, earnest money, taxes, insurance, and closing costs). Cash due from seller: $5,363.98 |

None ☑
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                6

**11.  Closed financial accounts**

None
☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1657 N. Bell Ave., Apt 3R, Chicago, IL 60647 | Zane Bussler | January 1, 2015-Present |
| 12058 Baer Road, Presque Isle, WI 54557 | Zane Bussler | September 25, 2014 through December 31, 2014 |
| 37W167 Crane Road, St. Charles, IL 60175 | Zane Bussler | 2002 through September 24, 2014 |

**16. Spouses and Former Spouses**

None
☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                               7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| NBD Transportation, Inc. | 36-3617111 | 6285 Weld Park Road Stillman Valley, IL 61084 | Hauling Company | 11/21/1988-Present |
| Bussler and Associates, LLC | 46-3040315 | P.O. Box 69 Presque Isle, WI 54557 | Consulting Business | 06/17/2013-Present |
| Winchester Boat Works Inc. | 46-3885389 | 11649 Stateline Lake Rd Presque Isle, WI 54557 | Boat Manufacturer | 09/28/2013-Present |

B7 (Official Form 7) (04/13)                                                                                                    8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Stateline Lake Associates LLC | 46-3885706 | 11649 Stateline Lake Rd Presque Isle, WI 54557 | Real Estate Holding Company | 11/1/2013-Present |

None ☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| Stateline Lake Associates LLC | 11649 Stateline Lake Rd Presque Isle, WI 54557 |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Victoria A. Haines 1005 Prairie St Saint Charles, IL 60174 | Income tax preparer for prior 2 years |

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                          PERCENTAGE OF INTEREST

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR                          DATE AND PURPOSE OF WITHDRAWAL                          AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)                                                                      10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  August 25, 2015                    Signature _____

                                                   Zane D. Bussler
                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Zane D. Bussler _____     Case No. _____
                                    Debtor(s)              Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** BMO Harris Bank N.A. | **Describe Property Securing Debt:** 2015 Ford Super Duty 4WD (Joint with NBD Transportation Inc) |
|---|---|

Property will be (check one):
■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** The Northern Trust Co. | **Describe Property Securing Debt:** 11649 Stateline Lake Road Presque Isle, WI 54557 2 Buildings Comprising 10,0000 SQ. FT. Single Use Facility |
|---|---|

Property will be (check one):
□ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          □ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Vilas County Treasurer | **Describe Property Securing Debt:**<br>12058 Baer Rd., Presque Isle, WI 54557 |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage | **Describe Property Securing Debt:**<br>Single Family Dwelling<br>12058 Baer Road<br>Presque Isle, WI 54557 |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                    Page 3

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>CIT Group Leasing, Inc | **Describe Leased Property:**<br>5 Year Equipment Least dated September 9, 2014 with NBD Transportation | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>CIT Group Leasing, Inc | **Describe Leased Property:**<br>Lease No.: 3212 for two 2015 Mack CXU613 Trucks | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>GE Transportation Finance | **Describe Leased Property:**<br>Acct# 7942547-002<br>Guarantor of lease agreement with NBD Transportation Inc., for tractors and trailers | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>GE Transportation Finance | **Describe Leased Property:**<br>Acct# 7942547-001<br>Guarantor of lease agreement with NBD Transportation Inc., for tractors and trailers | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>Mack Financial Services | **Describe Leased Property:**<br>Guarantor of lease agreements with NBD Transportation Inc. 2015 Mack CXU613 and 2015 Mack Green | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>Paccar Financial Corp | **Describe Leased Property:**<br>5 Year equipment lease with NBD Transportation | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

| Property No. 7 | | |
|---|---|---|

B8 (Form 8) (12/08)                                                                                          Page 4

| Lessor's Name:<br>TCF Equipment Finance | Describe Leased Property:<br>Guarantor of promissory lease agreements with NBD Transportation Inc., for tractors and trailers | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ■ NO |
| --- | --- | --- |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  August 25, 2015                             Signature  /s/ Zane D. Bussler
                                                                          Zane D. Bussler
                                                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Zane D. Bussler                          Case No.

Debtor(s)        Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 3,000.00 |

2.   $   335.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 25, 2015                /s/ Robert R. Benjamin

                                               Robert R. Benjamin
                                               Golan & Christie LLP
                                               70 W. Madison
                                               Suite 1500
                                               Chicago, IL 60602
                                               (312) 263-2300   Fax: (312) 263-0939
                                               rrbenjamin@golanchristie.com

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### __Chapter 11__: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### __Chapter 12__: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. __Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials__

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Zane D. Bussler                                                  Case No.
                                          Debtor(s)          Chapter        7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Zane D. Bussler                                    X   /s/ Zane D. Bussler                August 25, 2015
Printed Name(s) of Debtor(s)                           Signature of Debtor                Date

Case No. (if known)                                X
                                                       Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Zane D. Bussler                                   Case No. _____

                                       Debtor(s)          Chapter     7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 172

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 25, 2015                     /s/ Zane D. Bussler

                                             Zane D. Bussler
                                             Signature of Debtor

American Express
P.O. Box 650448
Dallas, TX 75265

Baldin's Garage
P.O. Box 1342
214 LaSalle Road
La Salle, IL 61301

Bank of America
P.O. Box 851001
Dallas, TX 75285

Bank of America
P.O. Box 851001
Dallas, TX 75285

Bank of America
P.O. Box 851001
Dallas, TX 75285

Berg Farms Trucking, Inc
2410 Kelly Rd
Caledonia, IL 61011

BMO Harris Bank N.A.
P.O. Box 6201
Carol Stream, IL 60197

Brian Petty
20500 Linden Road
Excelsior, MN 55332

Bussler and Associates, LLC
P.O. Box 69
Presque Isle, WI 54557

Bussler and Associates, LLC
P.O. Box 69
Presque Isle, WI 54557

Can Capital
414 W 14th Street 3rd Floor
New York, NY 10014

Central Equipment Finance
200 W. Northtown Road
Normal, IL 61761


Chase
P.O. Box 6026
Mailcode IL 1-0054
Chicago, IL 60680


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Cardmember Service
P.O. Box 94014
Palatine, IL 60094


Chase Cardmember Service
P.O. Box 94014
Palatine, IL 60094


CIT Group
200 W. Northtown Road
Normal, IL 61761

CIT Group Leasing Inc.
301 W. Northtown Rd
Normal, IL 61761


CIT Group Leasing, Inc
200 W. Northtown Rd.
Normal, IL 61761


CIT Group Leasing, Inc
200 W. Northtown Rd
Normal, IL 61761


CIT Group Leasing, Inc
200 W. Northtown Rd.
Normal, IL 61761


CIT Group Leasing, Inc.
200 W. Northtown Rd.
Normal, IL 61761


CitiBusiness Card
P.O. Box 78045
Phoenix, AZ 85062


Diamond Truck Wash
3129 May Road
Peru, IL 61354


EBI
1657 N. Bell, Apt. 3R
Chicago, IL 60647


Elizabeth Bussler
P.O. Box 69
Presque Isle, WI 54557


Elizabeth Bussler
P.O. Box 69
Presque Isle, WI 54557


Elizabeth Bussler
P.O. Box 69
Presque Isle, WI 54557

```
GE Transportation Finance
P.O. Box 822108
Philadelphia, PA 19182


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


GE Transportation Finance
P.O. Box 538121
Atlanta, GA 30353


Great West Casualty Company
P.O. Box 83235
Chicago, IL 60691


Illinois Valley Community Hospital
925 West Street
Peru, IL 61354
```

JNG Transport Inc.
10894 Branding Iron Lane
Roscoe, IL 61073


Johnson Oil
1305 12th Avenue
Rock Falls, IL 61071


Kevin W Mackey
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Kwik Trip Extended Network
P.O. Box 70887
Charlotte, NC 28272


Laura McNames
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Laura McNames
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Laura McNames
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Laura McNames
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Laura McNames
6285 E. Weld Park Rd
Stillman Valley, IL 61084


Love's Travel Stops & Country
10601 N. Pennsylvania Avenue
Oklahoma City, OK 73120


Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170

```
Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170


Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170


Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170


Mark and Laura McNames
6285 E. Weld Pard Road
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084


Mark McNames
6285 E. Weld Pard Rd.
Stillman Valley, IL 61084
```

Mayo Clinic
P.O. Box 790125
Saint Louis, MO 63179


Mayo Clinic
P.O. Box 790125
Saint Louis, MO 63179


Meredith D. Bussler
P.O. Box 69
Presque Isle, WI 54557


Meredith D. Bussler
P.O. Box 69
Presque Isle, WI 54557


National Funding
9820 Towne Centre Drive, Ste 200
San Diego, CA 92121


Nationwide Retirement Solutions
P.O. Box 182797
Columbus, OH 43218


Navient
P.O. Box 13612
Philadelphia, PA 19101


Navient
P.O. Box 13611
Philadelphia, PA 19101


Navient
P.O. Box 13611
Philadelphia, PA 19101


Navient
P.O. Box 13612
Philadelphia, PA 19101


Navient
P.O. Box 13612
Philadelphia, PA 19101

NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084

```
NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park
Stillman Valley, IL 61084
```

```
NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park
Stillman Valley, IL 61084


NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084
```

```
NBD Transportation
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Pard Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Rd
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
3285 East Weld Pard Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Rd
Stillman Valley, IL 61084
```

```
NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportation Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084
```

NBD Transportation, Inc
6285 East Weld Park Rd
Stillman Valley, IL 61084


NBD Transportation, Inc.
6285 East Weld Park Rd
Stillman Valley, IL 61084


NBD Transportation, Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


NBD Transportations Inc.
6285 East Weld Park Road
Stillman Valley, IL 61084


Northwestern Mutual
P.O. Box 3007
Milwaukee, WI 53201


Northwestern Mutual
P.O. Box 3007
Milwaukee, WI 53288


Northwoods Home Rentals
P.O. Box 95
Presque Isle, WI 54557


Northwoods Home Rentals
P.O. Box 95
Presque Isle, WI 54557


Nuss Truck Group Inc.
6500 U.S. Highway 63 So.,
P.O. Box 6699
Rochester, MN 55903


Paccar Financial Corp
1901 N. Roselle Rd., Suite 900
Schaumburg, IL 60195


Paccar Financial Corp
1901 N. Roselle Rd
Schaumburg, IL 60195

PayPal Credit
P.O. Box 105658
Atlanta, GA 30348


Paypal Credit
P.O. Box 105658
Atlanta, GA 30348


Pomp's Tire Service, Inc.
Attention: AR Department
P.O. Box 1630
Green Bay, WI 54305


Preventative Maintenance Systems
36w756 Hickory Hollow Dr.
Dundee, IL 60118


Ranken Trucking, Inc.
5411 S. Mulford Rd
Rochelle, IL 61068


Rochelle Travel Plaza, Inc.
900 Petro Drive
P.O. Box 32
Rochelle, IL 61068


Safe-Rite Staffing, Inc
39018 Treasury Center
Chicago, IL 60694


Sapp Bros Travel Centers, Inc
P.O. Box 45766
Omaha, NE 68145


Scottrade Bank
Equipment Finance
P.O. Box 956951
Saint Louis, MO 63195


Shafer Staffing, Inc
P.O. Box 75343
Chicago, IL 60675

Stassen Insurance Agency, Inc.
P.O. Box 1600
Woodstock, IL 60098


Stateline Lake Assoc., LLC
P.O. Box 69
Presque Isle, WI 54557


Stuart Tank Sales Corp
940 E. Geneva Street
P.O. Box 558
Elkhorn, WI 53121


TCF Equipment Finance
11100 Wayzata Blvd
Ste. 801
Minnetonka, MN 55305


TCF Equipment Finance
11100 Wayzata Blvd, Suite 801
Hopkins, MN 55305


TCF Equipment Finance
11100 Wayzata Blvd, Suite 801
Hopkins, MN 55305


TCF Equipment Finance
11100 Wayazata Blvd, Suite 801
Hopkins, MN 55305


TCF Equipment Finance
11100 Wayzata Blvd, Suite 801
Hopkins, MN 55305


The Northern Trust Co.
50 S. LaSalle St.
Chicago, IL 60675


Trans Am Truck & Trailer Parts
4233 Eleventh St
Rockford, IL 61109


Tredroc Tire Services
P.O. Box 1248
Bedford Park, IL 60499

Tri-Cities Surgery Center, LLC
345 Delnor Drive
Geneva, IL 60134


Victoria A. Haines CPA LLC
1005 Prairie St.
Saint Charles, IL 60174


Vilas County Treasurer
330 Court St.
Eagle River, WI 54521


WebBank
c/o CAN Capital Asset Servicing Inc
155 North 400 West, Suite 315
Salt Lake City, UT 84103


Wells Fargo Home Mortgage
P.O. Box 6423
Carol Stream, IL 60197


Wex Bank
P.O. Box 5727
Carol Stream, IL 60197


Winchester Boat Works Inc.
P.O. Box 69
Presque Isle, WI 54557


Winchester Boat Works Inc.
P.O. Box 69
Presque Isle, WI 54557