# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUSSLER, ZANE D. | § | Case No. 15-28948 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 08/25/2015 .   The undersigned trustee was appointed on  08/25/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of            $            25,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]              $ | 24,949.68 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  03/31/2016  and the deadline for filing governmental claims was  03/31/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.00 , for total expenses of $ 13.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/28/2016                 By:/s/Joseph A. Baldi
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: | 15-28948   TAD   Judge: Timothy A. Barnes |
| Case Name: | BUSSLER, ZANE D. |
| For Period Ending: | 06/28/16 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 08/25/15 (f) |
| 341(a) Meeting Date: | 10/08/15 |
| Claims Bar Date: | 03/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 12058 Baer Road Presque Isl | 340,000.00 | 26,440.00 | | 0.00 | FA |
| 2. 11649 Stateline Lake Road Presque Isle, WI 54557 2 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank Checking Account | 45.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank Savings Account | 160.28 | 0.00 | | 0.00 | FA |
| 6. Headwaters Bank Checking Account | 238.00 | 93.28 | | 0.00 | FA |
| 7. Headwaters Bank Savings Account | 173.55 | 173.55 | | 0.00 | FA |
| 8. Household Goods and Furnishings in storage in Sout | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods and Furnishing for property locate | 500.00 | 0.00 | | 0.00 | FA |
| 10. Used personal clothing | 100.00 | 0.00 | | 0.00 | FA |
| 11. Winchester 30-30 | 100.00 | 0.00 | | 0.00 | FA |
| 12. Charles Davis 12 Gauge | 100.00 | 0.00 | | 0.00 | FA |
| 13. Northwestern Mutual Whole Life $50,000.00 Direct B   Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 7,602.27 | 0.00 | | 1,966.76 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2
Exhibit A

| Case No: | 15-28948 | TAD | Judge: Timothy A. Barnes |
|---|---|---|---|
| Case Name: | BUSSLER, ZANE D. | | |

| Trustee Name: | Joseph A. Baldi |
|---|---|
| Date Filed (f) or Converted (c): | 08/25/15 (f) |
| 341(a) Meeting Date: | 10/08/15 |
| Claims Bar Date: | 03/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Northwestern Mutual Whole Life $50,000.00 Direct B  Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 6,908.72 | 0.00 | | 1,692.97 | FA |
| 15. Nationwide Insurance 401(K) | 108,832.36 | 0.00 | | 0.00 | FA |
| 16. 100% Interest in NBD Transportation, Inc  Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 0.00 | 0.00 | | 500.00 | FA |
| 17. 100% Interest in Bussler & Associates, LLC  Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 17,467.21 | 17,467.21 | | 17,000.00 | FA |
| 18. 50% Interest in Winchester Boat Works, Inc.  Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 0.00 | 0.00 | | 1,000.00 | FA |
| 19. 50% Interest in State Line Lake Assoc., LLC  Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 0.00 | 0.00 | | 500.00 | FA |
| 20. 100% Interest in proprietorship: Log Retreat Touri | 0.00 | 0.00 | | 0.00 | FA |
| 21. Winchester Boat Works, Inc. - Receivables | 22,736.52 | 22,736.52 | | 0.00 | FA |
| 22. NBD Transportation, Inc. - Receivables | 85,809.89 | 85,809.89 | | 0.00 | FA |
| 23. Stateline Lake Associates LLC - Receivables | 8,528.24 | 8,528.24 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit A

| Case No: | 15-28948   TAD   Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | BUSSLER, ZANE D. | Date Filed (f) or Converted (c): | 08/25/15 (f) |
| | | 341(a) Meeting Date: | 10/08/15 |
| | | Claims Bar Date: | 03/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Log Retreat Tourist Rental-State of Wisconsin Lice | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2003 Mercedes Benz C240 (Purchased Used) | 2,100.00 | 0.00 | | 0.00 | FA |
| 26. 2015 Ford Super Duty 4WD (Joint with NBD Transport | 53,000.00 | 1,081.02 | | 0.00 | FA |
| 27. 2005 Princecraft pontoon boat<br>Sold back to Debtor pursuant to order 1/27/16 [dkt 37] | 2,800.00 | 0.00 | | 2,340.27 | FA |
| 28. 1 Horse (Mare) Age 14 | 5.00 | 5.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $782,357.04 | $162,334.71 | | $25,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2016: TFR submitted to UST.

May 18, 2016: Trustee has approximately $24,000 on hand and is preparing his final report. Trustee will submit his final report to the UST for approval and will disburse funds once approved by the Court.

March 09, 2016, 04:18 pm Agreed with debtor to sell assets to Debtor for $25,000, motion approved and debtor paid purchase price.  Prepare report of sale.  Review claims and prepare final report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    4

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-28948    TAD    Judge: Timothy A. Barnes | Trustee Name:    Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | Date Filed (f) or Converted (c):    08/25/15 (f) |
| | | 341(a) Meeting Date:    10/08/15 |
| | | Claims Bar Date:    03/31/16 |

Initial Projected Date of Final Report (TFR): 07/01/16        Current Projected Date of Final Report (TFR): 07/01/16

/s/    Joseph A. Baldi

_____ Date: 06/28/16

    JOSEPH A. BALDI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-28948 -TAD |
| Case Name: | BUSSLER, ZANE D. |

| Taxpayer ID No: | *******9353 |
| For Period Ending: | 06/28/16 |

| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******7527  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/16 | * NOTE * | ZANE D. BUSSLER c/o GOLAN & CHRISTIE LLP CLIENT TRUST ACCOUNT 70 WEST MADISON ST, STE 1500 CHICAGO, IL 60602 | SETTLEMENT - VARIOUS ASSETS * NOTE * Properties 13, 14, 16, 17, 18, 19, 27 | 1129-000 | 25,000.00 | | 25,000.00 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.18 | 24,986.82 |
| 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.14 | 24,949.68 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 25,000.00 | 50.32 | 24,949.68 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 25,000.00 | 50.32 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 25,000.00 | 50.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7527 | 25,000.00 | 50.32 | 24,949.68 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 25,000.00 | 50.32 | 24,949.68 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          25,000.00          50.32

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 28, 2016

Case Number:   15-28948
Debtor Name:   BUSSLER, ZANE D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative | | $3,121.50 | $0.00 | $3,121.50 |
| 001 3120-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative | | $219.66 | $0.00 | $219.66 |
| 001 2100-00 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Administrative | | $3,250.00 | $0.00 | $3,250.00 |
| 000001 070 7100-00 | Navient Solutions, Inc PO BOX 9640 Wilkes-Barre, PA 18773-9640 | Unsecured | | $9,429.21 | $0.00 | $9,429.21 |
| 000002 070 7100-00 | Navient Solutions, Inc PO BOX 9640 Wilkes-Barre, PA 18773-9640 | Unsecured | | $12,052.68 | $0.00 | $12,052.68 |
| 000003 070 7100-00 | Navient Solutions, Inc PO BOX 9640 Wilkes-Barre, PA 18773-9640 | Unsecured | | $9,183.61 | $0.00 | $9,183.61 |
| 000004 070 7100-00 | Navient Solutions, Inc PO BOX 9640 Wilkes-Barre, PA 18773-9640 | Unsecured | | $13,468.55 | $0.00 | $13,468.55 |
| 000005 070 7100-00 | Ranken Trucking, Inc. c/o Hewitt & Wagner 1124 Lincoln Highway Rochelle, IL 61068 | Unsecured | | $17,375.81 | $0.00 | $17,375.81 |
| 000006 070 7100-00 | Vilas County Treasurer 330 Court St. Eagle River, WI 54521 | Unsecured | | $4,320.00 | $0.00 | $4,320.00 |
| 000007 070 7100-00 | Love's Travel Stops & Country 10601 N. Pennsylvania Avenue Oklahoma City, OK 73120 | Unsecured | | $3,189.03 | $0.00 | $3,189.03 |
| 000008 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $29,803.91 | $0.00 | $29,803.91 |
| 000009 070 7100-00 | TCF Equipment Finance 11100 Wayzata Blvd Ste. 801 Minnetonka, MN 55305 | Unsecured | | $130,122.96 | $0.00 | $130,122.96 |

| | EXHIBIT C | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | | | | Date: June 28, 2016 |

Case Number:  15-28948
Debtor Name:  BUSSLER, ZANE D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | PACCAR Financial Corp. Attn: L Markle, BK Specialist P.O. Box 1518 Bellevue, WA 98009-1518 | Unsecured | | $30,988.67 | $0.00 | $30,988.67 |
| 000011 070 7100-00 | JNG Transport Inc. 10894 Branding Iron Lane Roscoe, IL 61073 | Unsecured | | $22,564.00 | $0.00 | $22,564.00 |
| 000012 070 7100-00 | Can Capital 414 W 14th Street 3rd Floor New York, NY 10014 | Unsecured | | $31,831.26 | $0.00 | $31,831.26 |
| 000013 070 7100-00 | Mack Financial Services, a division of VFS US LLC P.O. Box 26131 Greensboro, NC 27402 | Unsecured | | $38,527.26 | $0.00 | $38,527.26 |
| 000014 070 7100-00 | VFS Leasing Co. P.O. Box 26131 Greensboro, NC 27402 | Unsecured | | $54,908.81 | $0.00 | $54,908.81 |
| 000015 070 7100-00 | Mark and Laura McNames 6285 E. Weld Park Road Stillman Valley, IL 61084 | Unsecured | | $27,613.18 | $0.00 | $27,613.18 |
| 000016 070 7100-00 | Scottrade Bank Equipment Finance, 12800 Corporate Hill Dr. St. Louis, MO 63131 | Unsecured | | $17,465.85 | $0.00 | $17,465.85 |
| | Case Totals: | | | $459,435.95 | $0.00 | $459,435.95 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-28948
Case Name: BUSSLER, ZANE D.
Trustee Name: Joseph A. Baldi

Balance on hand                                         $          24,949.68

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $          3,250.00 | $          0.00 | $          3,250.00 |
| Trustee Expenses: Joseph A. Baldi | $          13.00 | $          0.00 | $          13.00 |
| Attorney for Trustee Fees: BALDI BERG | $          3,121.50 | $          0.00 | $          3,121.50 |
| Attorney for Trustee Expenses: BALDI BERG | $          219.66 | $          0.00 | $          219.66 |

Total to be paid for chapter 7 administrative expenses          $          6,604.16

Remaining Balance          $          18,345.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 452,844.79  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Navient Solutions, Inc | $ 9,429.21 | $ 0.00 | $ 381.99 |
| 000002 | Navient Solutions, Inc | $ 12,052.68 | $ 0.00 | $ 488.27 |
| 000003 | Navient Solutions, Inc | $ 9,183.61 | $ 0.00 | $ 372.05 |
| 000004 | Navient Solutions, Inc | $ 13,468.55 | $ 0.00 | $ 545.63 |
| 000005 | Ranken Trucking, Inc. | $ 17,375.81 | $ 0.00 | $ 703.93 |
| 000006 | Vilas County Treasurer | $ 4,320.00 | $ 0.00 | $ 175.01 |
| 000007 | Love's Travel Stops & Country | $ 3,189.03 | $ 0.00 | $ 129.19 |
| 000008 | American Express Centurion Bank | $ 29,803.91 | $ 0.00 | $ 1,207.41 |
| 000009 | TCF Equipment Finance | $ 130,122.96 | $ 0.00 | $ 5,271.50 |
| 000010 | PACCAR Financial Corp. | $ 30,988.67 | $ 0.00 | $ 1,255.41 |
| 000011 | JNG Transport Inc. | $ 22,564.00 | $ 0.00 | $ 914.11 |
| 000012 | Can Capital | $ 31,831.26 | $ 0.00 | $ 1,289.54 |
| 000013 | Mack Financial Services, a division of | $ 38,527.26 | $ 0.00 | $ 1,560.81 |
| 000014 | VFS Leasing Co. | $ 54,908.81 | $ 0.00 | $ 2,224.45 |
| 000015 | Mark and Laura McNames | $ 27,613.18 | $ 0.00 | $ 1,118.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Scottrade Bank Equipment Finance, | $        17,465.85 | $          0.00 | $          707.57 |

Total to be paid to timely general unsecured creditors                    $_____18,345.52

Remaining Balance                                                        $_____0.00

 

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE