UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-28948 |
| Zane D. Bussler, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: July 26, 2016 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

## CERTIFICATE OF SERVICE

I, Joseph A. Baldi, hereby certify that I caused a true and correct copy of the attached **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR),** to be served on the attached service list via first class mail with postage prepaid on June 29, 2016

                                              /s/ Joseph A. Baldi
                                              Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, IL  60602
(312) 726-8150

## Service List
## Case No. 15-28948
## Zane D. Bussler, Debtor

Ranken Trucking, Inc.
5411 S. Mulford Road
Rochelle, IL  61068

Vilas County Treasurer
330 Court Street
Eagle River, WI  54521

Love's Travel Stops
10601 N. Pennsylvania
Oklahoma City, OK  73120

Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355

TCF Equipment Finance
11100 Wayzata Blvd
Suite 801
Minnetonka, MN  55305

PACCAR Financial Corp.
Attn: L. Markle, BK Specialist
P.O. Box 1518
Bellevue, WA  98009-1518

JNG Transport, Inc.
10894 Branding Iron Lane
Roscoe, IL  61073

CAN Capital
2015 Vaughn Road, Building 500
Kennesaw, GA 30144

Mack Financial Services
P.O. Box 26131
Greensboro, NC  27402

VFS Leasing Co.
P.O. Box 26131
Greensboro, NC  27402

Mark & Laura McNames
6285 E. Weld Park Road
Stillman Valley, IL  61084

Scottrade Bank Equipment Finance
12800 Corporate Hill Dr.
St. Louis, MO  63131

Navient Solutions, Inc.
P.O. Box 13611
Philadelphia, PA  19101-3611