UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
BUSSLER, ZANE D. § Case No. 15-28948
§
Debtor(s) §

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $620,346.48 (Without deducting any secured claims) | Assets Exempt: $130,032.36 |
| Total Distributions to Claimants: $18,435.52 | Claims Discharged Without Payment: $2,356,841.26 |
| Total Expenses of Administration: $6,564.48 | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $540,440.62 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $6,564.48 | $6,564.48 | $6,564.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,570,962.68 | $452,844.79 | $452,844.79 | $18,435.52 |
| **TOTAL DISBURSEMENTS** | $3,111,403.30 | $459,409.27 | $459,409.27 | $25,000.00 |

4) This case was originally filed under chapter 7 on 08/25/2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   03/14/2017              By :   /s/ Joseph A. Baldi
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| 2005 Princecraft pontoon boat | 1129-000 | $2,340.27 |
| 100% Interest in Bussler & Associates, LLC | 1129-000 | $17,000.00 |
| 100% Interest in NBD Transportation, Inc | 1129-000 | $500.00 |
| 50% Interest in State Line Lake Assoc., LLC | 1129-000 | $500.00 |
| Northwestern Mutual Whole Life $50,000.00 Direct Beneficiary: Zane | 1129-000 | $1,692.97 |
| Northwestern Mutual Whole Life $50,000.00 Direct Beneficiary: Zane | 1129-000 | $1,966.76 |
| 50% Interest in Winchester Boat Works, Inc. | 1129-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank N.A. | | $51,918.98 | NA | NA | $0.00 |
| | Nationwide Retirement | | $49,779.48 | NA | NA | $0.00 |
| | Northwestern Mutual | | $5,635.51 | NA | NA | $0.00 |
| | Northwestern Mutual | | $5,635.51 | NA | NA | $0.00 |
| | The Northern Trust Co. | | $127,418.89 | NA | NA | $0.00 |
| | Vilas County Treasurer | | $1,492.25 | NA | NA | $0.00 |
| | Wells Fargo Home Mortgage | | $298,560.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$540,440.62** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010) (Page: 3)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | NA | $3,031.50 | $3,031.50 | $3,031.50 |
| BALDI BERG | 3120-000 | NA | $219.66 | $219.66 | $219.66 |
| Joseph A. Baldi | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Joseph A. Baldi | 2200-000 | NA | $13.00 | $13.00 | $13.00 |
| Associated Bank | 2600-000 | NA | $50.32 | $50.32 | $50.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,564.48 | $6,564.48 | $6,564.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | SCOTTRADE BANK EQUIPMENT | 7100-000 | $61,575.62 | $17,465.85 | $17,465.85 | $717.89 |
| 000015 | MARK AND LAURA MCNAMES | 7100-000 | $39,764.18 | $27,613.18 | $27,613.18 | $1,134.97 |
| 000014 | VFS LEASING CO. | 7100-000 | $25,652.98 | $54,908.81 | $54,908.81 | $2,256.89 |
| 000013 | MACK FINANCIAL SERVICES, A | 7100-000 | $63,777.66 | $38,527.26 | $38,527.26 | $1,583.57 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | CAN CAPITAL | 7100-000 | $35,181.90 | $31,831.26 | $31,831.26 | $1,308.35 |
| 000011 | JNG TRANSPORT INC. | 7100-000 | $29,674.63 | $22,564.00 | $22,564.00 | $927.44 |
| 000010 | PACCAR FINANCIAL CORP. | 7100-000 | $98,000.00 | $30,988.67 | $30,988.67 | $1,273.71 |
| 000009 | TCF EQUIPMENT FINANCE | 7100-000 | $195,000.00 | $130,122.96 | $130,122.96 | $5,348.39 |
| 000008 | TOYOTA MOTOR CREDIT | 7100-000 | $29,681.95 | $29,803.91 | $29,803.91 | $1,225.02 |
| 000007 | LOVE'S TRAVEL STOPS & | 7100-000 | $5,046.51 | $3,189.03 | $3,189.03 | $131.08 |
| 000006 | VILAS COUNTY TREASURER | 7100-000 | $1,492.25 | $4,320.00 | $4,320.00 | $0.00 |
| 000005 | RANKEN TRUCKING, INC. | 7100-000 | $17,375.81 | $17,375.81 | $17,375.81 | $714.19 |
| 000004 | NAVIENT SOLUTIONS, INC | 7100-000 | $13,830.68 | $13,468.55 | $13,468.55 | $553.59 |
| 000003 | NAVIENT SOLUTIONS, INC | 7100-000 | $9,993.96 | $9,183.61 | $9,183.61 | $377.47 |
| 000002 | NAVIENT SOLUTIONS, INC | 7100-000 | $12,417.02 | $12,052.68 | $12,052.68 | $495.40 |
| 000001 | NAVIENT SOLUTIONS, INC | 7100-000 | $10,065.54 | $9,429.21 | $9,429.21 | $387.56 |
|  | American Express |  | $29,681.95 | NA | NA | $0.00 |
|  | Baldin's Garage |  | $926.83 | NA | NA | $0.00 |
|  | Bank of America |  | $6,527.09 | NA | NA | $0.00 |
|  | Bank of America |  | $6,547.00 | NA | NA | $0.00 |
|  | Bank of America |  | $8,425.04 | NA | NA | $0.00 |
|  | Berg Farms Trucking, Inc |  | $10,142.54 | NA | NA | $0.00 |
|  | Bussler and Associates, LLC |  | $2,608.07 | NA | NA | $0.00 |
|  | Can Capital |  | $35,181.90 | NA | NA | $0.00 |
|  | Central Equipment Finance |  | $18,305.43 | NA | NA | $0.00 |
|  | Chase |  | $70,155.00 | NA | NA | $0.00 |
|  | Chase Cardmember Service |  | $15,717.24 | NA | NA | $0.00 |
|  | Chase Cardmember Service |  | $4,747.51 | NA | NA | $0.00 |
|  | Chase Cardmember Service |  | $5,414.67 | NA | NA | $0.00 |
|  | Chase Cardmember Service |  | $6,305.75 | NA | NA | $0.00 |
|  | Chase Cardmember Service |  | $6,514.43 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service | | $9,005.47 | NA | NA | $0.00 |
| | Chase Cardmember Service | | $36,187.27 | NA | NA | $0.00 |
| | Chase Cardmember Service | | $10,394.26 | NA | NA | $0.00 |
| | CIT Group | | $9,501.36 | NA | NA | $0.00 |
| | CIT Group Leasing Inc. | | $10,546.73 | NA | NA | $0.00 |
| | CIT Group Leasing, Inc | | $62,235.39 | NA | NA | $0.00 |
| | CIT Group Leasing, Inc. | | $38,337.20 | NA | NA | $0.00 |
| | CitiBusiness Card | | $100,286.55 | NA | NA | $0.00 |
| | Diamond Truck Wash | | $690.00 | NA | NA | $0.00 |
| | GE Transportation Finance | | $12,883.11 | NA | NA | $0.00 |
| | GE Transportation Finance | | $32,464.29 | NA | NA | $0.00 |
| | GE Transportation Finance | | $85,353.19 | NA | NA | $0.00 |
| | GE Transportation Finance | | $91,283.58 | NA | NA | $0.00 |
| | GE Transportation Finance | | $112,986.71 | NA | NA | $0.00 |
| | GE Transportation Finance | | NA | NA | NA | $0.00 |
| | GE Transportation Finance | | $25,652.98 | NA | NA | $0.00 |
| | Great West Casualty Company | | $6,926.00 | NA | NA | $0.00 |
| | Illinois Valley Community | | $65.00 | NA | NA | $0.00 |
| | JNG Transport Inc. | | $29,674.63 | NA | NA | $0.00 |
| | Johnson Oil | | $2,650.16 | NA | NA | $0.00 |
| | Kwik Trip Extended Network | | $5,436.06 | NA | NA | $0.00 |
| | Love's Travel Stops & Country | | $5,046.51 | NA | NA | $0.00 |
| | Mack Financial Services | | $63,777.66 | NA | NA | $0.00 |
| | Mack Financial Services | | $63,893.52 | NA | NA | $0.00 |
| | Mack Financial Services | | $63,893.53 | NA | NA | $0.00 |
| | Mark and Laura McNames | | $39,764.18 | NA | NA | $0.00 |
| | Mayo Clinic | | $974.43 | NA | NA | $0.00 |

Case 15-28948 Doc 54 Filed 03/27/17 Entered 03/27/17 14:27:49 Desc Main
Document Page 7 of 20

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mayo Clinic | | $4,723.76 | NA | NA | $0.00 |
| | National Funding | | $35,181.90 | NA | NA | $0.00 |
| | Navient | | $12,417.02 | NA | NA | $0.00 |
| | Navient | | $11,330.03 | NA | NA | $0.00 |
| | Navient | | $13,830.68 | NA | NA | $0.00 |
| | Navient | | $9,993.96 | NA | NA | $0.00 |
| | Navient | | $10,065.54 | NA | NA | $0.00 |
| | Northwoods Home Rentals | | NA | NA | NA | $0.00 |
| | Nuss Truck Group Inc. | | $2,264.43 | NA | NA | $0.00 |
| | Paccar Financial Corp | | $98,000.00 | NA | NA | $0.00 |
| | Paypal Credit | | $3,797.91 | NA | NA | $0.00 |
| | PayPal Credit | | $4,155.03 | NA | NA | $0.00 |
| | Pomp's Tire Service, Inc. | | $6,437.20 | NA | NA | $0.00 |
| | Preventative Maintenance | | $197.71 | NA | NA | $0.00 |
| | Ranken Trucking, Inc. | | $17,375.81 | NA | NA | $0.00 |
| | Rochelle Travel Plaza, Inc. | | $11,669.29 | NA | NA | $0.00 |
| | Safe-Rite Staffing, Inc | | $5,656.51 | NA | NA | $0.00 |
| | Sapp Bros Travel Centers, Inc | | $2,212.61 | NA | NA | $0.00 |
| | Scottrade Bank Equipment | | $61,575.62 | NA | NA | $0.00 |
| | Shafer Staffing, Inc | | $26,637.73 | NA | NA | $0.00 |
| | Stassen Insurance Agency, Inc. | | $32,261.18 | NA | NA | $0.00 |
| | Stuart Tank Sales Corp | | $858.47 | NA | NA | $0.00 |
| | TCF Equipment Finance | | $195,000.00 | NA | NA | $0.00 |
| | TCF Equipment Finance | | $54,068.76 | NA | NA | $0.00 |
| | TCF Equipment Finance | | $28,012.00 | NA | NA | $0.00 |
| | TCF Equipment Finance | | $35,722.07 | NA | NA | $0.00 |
| | Trans Am Truck & Trailer Parts | | $348.57 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tredroc Tire Services | | $2,308.12 | NA | NA | $0.00 |
| | Tri-Cities Surgery Center, LLC | | $2,160.00 | NA | NA | $0.00 |
| | Victoria A. Haines CPA LLC | | $12,942.50 | NA | NA | $0.00 |
| | WebBank c/o CAN Capital Asset | | $64,500.00 | NA | NA | $0.00 |
| | Wex Bank | | $9,617.36 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,570,962.68 | $452,844.79 | $452,844.79 | $18,435.52 |

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-28948 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: BUSSLER, ZANE D. | | Date Filed (f) or Converted (c): 08/25/2015 (f) |
| | | 341(a) Meeting Date: 10/08/2015 |
| For Period Ending: 03/14/2017 | | Claims Bar Date: 03/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Single Family Dwelling 12058 Baer Road Presque Isle, WI 54557 | 340,000.00 | 26,440.00 | | 0.00 | FA |
| 2. | 11649 Stateline Lake Road Presque Isle, WI 54557 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3. | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. | Chase Bank Checking Account | 45.00 | 0.00 | | 0.00 | FA |
| 5. | Chase Bank Savings Account | 160.28 | 0.00 | | 0.00 | FA |
| 6. | Headwaters Bank Checking Account | 238.00 | 93.28 | | 0.00 | FA |
| 7. | Headwaters Bank Savings Account | 173.55 | 173.55 | | 0.00 | FA |
| 8. | Household Goods and Furnishings in Storage in South Elgin, IL | 100.00 | 0.00 | | 0.00 | FA |
| 9. | Household Goods and Furnishing for property 12058 Baer Rd, Presque Isle, WI 54557 | 500.00 | 0.00 | | 0.00 | FA |
| 10. | Used personal clothing | 100.00 | 0.00 | | 0.00 | FA |
| 11. | Winchester 30-30 | 100.00 | 0.00 | | 0.00 | FA |
| 12. | Charles Davis 12 Gauge | 100.00 | 0.00 | | 0.00 | FA |
| 13. | Northwestern Mutual Whole Life $50,000.00 Direct Beneficiary: Zane Bussler Insured: Meredit D. Bussler | 7,602.27 | 1,966.76 | | 1,966.76 | FA |
| 14. | Northwestern Mutual Whole Life $50,000.00 Direct Beneficiary: Zane Bussler Insured: Elizabeth K. Bussler | 6,908.72 | 1,273.21 | | 1,692.97 | FA |
| 15. | Nationwide Insurance 401(K) | 108,832.36 | 0.00 | | 0.00 | FA |
| 16. | 100% Interest in NBD Transportation, Inc | 0.00 | 0.00 | | 500.00 | FA |
| 17. | 100% Interest in Bussler & Associates, LLC | 17,467.21 | 17,467.21 | | 17,000.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 9)                                                                                                    Exhibit 8

Case 15-28948   Doc 54   Filed 03/27/17   Entered 03/27/17 14:27:49   Desc Main
Document   Page 10 of 20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-28948 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | BUSSLER, ZANE D. | | | Date Filed (f) or Converted (c): | 08/25/2015 (f) |
| | | | | 341(a) Meeting Date: | 10/08/2015 |
| For Period Ending: | 03/14/2017 | | | Claims Bar Date: | 03/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18. | 50% Interest in Winchester Boat Works, Inc. | 0.00 | 0.00 | | 1,000.00 | FA |
| 19. | 50% Interest in State Line Lake Assoc., LLC | 0.00 | 0.00 | | 500.00 | FA |
| 20. | 100% Interest in proprietorship: Log Retreat Tourist Rental | 0.00 | 0.00 | | 0.00 | FA |
| 21. | Winchester Boat Works, Inc. - Receivables | 22,736.52 | 22,736.52 | | 0.00 | FA |
| 22. | NBD Transportation, Inc. - Receivables | 85,809.89 | 85,809.89 | | 0.00 | FA |
| 23. | Stateline Lake Associates LLC - Receivables | 8,528.24 | 8,528.24 | | 0.00 | FA |
| 24. | Log Retreat Tourist Rental-State of Wisconsin License for Presque Isle Real Estate | 0.00 | 0.00 | | 0.00 | FA |
| 25. | 2003 Mercedes Benz C240 (Purchased Used) | 2,100.00 | 0.00 | | 0.00 | FA |
| 26. | 2015 Ford Super Duty 4WD (Joint with NBD Transportation Inc) | 53,000.00 | 1,081.02 | | 0.00 | FA |
| 27. | 2005 Princecraft pontoon boat | 2,800.00 | 0.00 | | 2,340.27 | FA |
| 28. | 1 Horse (Mare) Age 14 | 5.00 | 5.00 | | 0.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| | **TOTALS (Excluding Unknown Values)** | 782,357.04 | 165,574.68 | | 25,000.00 | 0.00 |

**Re Prop. #13**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #14**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #16**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #17**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #18**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #19**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]
**Re Prop. #27**  Sold back to Debtor pursuant to order 1/27/16 [dkt 37]

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-28948 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: BUSSLER, ZANE D. | | Date Filed (f) or Converted (c): 08/25/2015 (f) |
| | | 341(a) Meeting Date: 10/08/2015 |
| For Period Ending: 03/14/2017 | | Claims Bar Date: 03/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 2017: One of the creditors returned their distribution check after their claim was paid after the sale of the 12058 Baer Road property in Wisconsin. Trustee then prepared a supplemental distribution to creditors and distributed supplemental funds in November 2016. Trustee has prepared his Distribution Report and will submit to the UST for approval. Once approved, the case will close soon thereafter.

June 2016: TFR filed,  Final hearing hearing on July 26, 2016.

May 18, 2016: Trustee has approximately $24,000 on hand and is preparing his final report. Trustee will submit his final report to the UST for approval and will disburse funds once approved by the Court.

March 09, 2016: Agreed with debtor to sell assets to Debtor for $25,000, motion approved and debtor paid purchase price.  Prepare report of sale.  Review claims and prepare final report.

Initial Projected Date of Final Report(TFR) : 07/01/2016      Current Projected Date of Final Report(TFR) :  07/01/2016

| Trustee's Signature | /s/Joseph A. Baldi | Date: 03/14/2017 |
|---|---|---|
| | Joseph A. Baldi | |
| | 20 N. Clark St. Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                                                                            Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | Trustee Name: | Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******7527 Checking Account |
| Taxpayer ID No: | **-***9353 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/18/2016 | | ZANE D. BUSSLER c/o GOLAN & CHRISTIE LLP CLIENT TRUST ACCOUNT 70 WEST MADISON ST, STE 1500 CHICAGO , IL 60602 | SETTLEMENT - VARIOUS ASSETS | | 25,000.00 | | 25,000.00 |
| | [13] | | | 1,966.76 | 1129-000 | | |
| | [14] | | | 1,692.97 | 1129-000 | | |
| | [16] | | | 500.00 | 1129-000 | | |
| | [17] | | | 17,000.00 | 1129-000 | | |
| | [18] | | | 1,000.00 | 1129-000 | | |
| | [19] | | | 500.00 | 1129-000 | | |
| | [27] | | | 2,340.27 | 1129-000 | | |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.18 | 24,986.82 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 37.14 | 24,949.68 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 24,949.68 | 0.00 |
| | | | | Page Subtotals | 25,000.00 | 25,000.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-28948 | Trustee Name: Joseph A. Baldi |
| Case Name: BUSSLER, ZANE D. | Bank Name: Associated Bank |
| | Account Number/CD#: ******7527 Checking Account |
| Taxpayer ID No: **-***9353 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/14/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---:|---:|
| **COLUMN TOTALS** | 25,000.00 | 25,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 24,949.68 |
| **SUBTOTALS** | 25,000.00 | 50.32 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 25,000.00 | 50.32 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                        Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | Trustee Name: | Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 24,949.68 | | 24,949.68 |
| 07/28/2016 | 52001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee compensation | 2100-000 | | 3,250.00 | 21,699.68 |
| 07/28/2016 | 52002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee expenses | 2200-000 | | 13.00 | 21,686.68 |
| 07/28/2016 | 52003 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO , IL 60602 | Trustee Attorneys fees | 3110-000 | | 3,031.50 | 18,655.18 |
| 07/28/2016 | 52004 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO , IL 60602 | Trustee attorney expenses | 3120-000 | | 219.66 | 18,435.52 |
| 07/28/2016 | 52005 | NAVIENT SOLUTIONS, INC<br>PO BOX 9640<br>Wilkes-Barre , PA 18773-9640 | Disb of 4.07% to Claim #000001 | 7100-000 | | 383.87 | 18,051.65 |
| | | | Page Subtotals | | 24,949.68 | 6,898.03 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-28948 | Trustee Name: Joseph A. Baldi |
| Case Name: BUSSLER, ZANE D. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5526 Checking Account |
| Taxpayer ID No: **-***9353 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/14/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/28/2016 | 52006 | NAVIENT SOLUTIONS, INC<br>PO BOX 9640<br>Wilkes-Barre , PA 18773-9640 | Disb of 4.07% to Claim #000002 | 7100-000 | | 490.67 | 17,560.98 |
| 07/28/2016 | 52007 | NAVIENT SOLUTIONS, INC<br>PO BOX 9640<br>Wilkes-Barre , PA 18773-9640 | Disb of 4.07% to Claim #000003 | 7100-000 | | 373.87 | 17,187.11 |
| 07/28/2016 | 52008 | NAVIENT SOLUTIONS, INC<br>PO BOX 9640<br>Wilkes-Barre , PA 18773-9640 | Disb of 4.07% to Claim #000004 | 7100-000 | | 548.31 | 16,638.80 |
| *07/28/2016 | 52009 | RANKEN TRUCKING, INC.<br>c/o Hewitt & Wagner<br>1124 Lincoln Highway<br>Rochelle , IL 61068 | Disb of 4.07% to Claim #000005 | 7100-004 | | 707.38 | 15,931.42 |
| *07/28/2016 | 52010 | VILAS COUNTY TREASURER<br>330 Court St.<br>Eagle River , WI 54521 | Disb of 4.07% to Claim #000006 | 7100-003 | | 175.87 | 15,755.55 |
| 07/28/2016 | 52011 | LOVE'S TRAVEL STOPS & COUNTRY<br>10601 N. Pennsylvania Avenue<br>Oklahoma City , OK 73120 | Disb of 4.07% to Claim #000007 | 7100-000 | | 129.83 | 15,625.72 |
| | | | | Page Subtotals | 0.00 | 2,425.93 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | Trustee Name: | Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/28/2016 | 52012 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern , PA 19355-0701 | Disb of 4.07% to Claim #000008<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 1,213.33 | 14,412.39 |
| 07/28/2016 | 52013 | TCF EQUIPMENT FINANCE<br>11100 Wayzata Blvd<br>Ste. 801<br>Minnetonka , MN 55305 | Disb of 4.07% to Claim #000009 | 7100-000 | | 5,297.37 | 9,115.02 |
| 07/28/2016 | 52014 | PACCAR FINANCIAL CORP.<br>Attn: L Markle, BK Specialist<br>P.O. Box 1518<br>Bellevue , WA 98009-1518 | Disb of 4.07% to Claim #000010 | 7100-000 | | 1,261.56 | 7,853.46 |
| 07/28/2016 | 52015 | JNG TRANSPORT INC.<br>10894 Branding Iron Lane<br>Roscoe , IL 61073 | Disb of 4.07% to Claim #000011 | 7100-000 | | 918.59 | 6,934.87 |
| 07/28/2016 | 52016 | CAN CAPITAL<br>414 W 14th Street 3rd Floor<br>New York , NY 10014 | Disb of 4.07% to Claim #000012 | 7100-000 | | 1,295.87 | 5,639.00 |
| 07/28/2016 | 52017 | MACK FINANCIAL SERVICES, A DIVISION VFS US LLC<br>P.O. Box 26131<br>Greensboro , NC 27402 | Disb of 4.07% to Claim #000013<br>(13-1) Account Number (last 4digits):5272 | 7100-000 | | 1,568.46 | 4,070.54 |
| | | | Page Subtotals | | 0.00 | 11,555.18 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)    Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | BUSSLER, ZANE D. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/28/2016 | 52018 | VFS LEASING CO.<br>P.O. Box 26131<br>Greensboro , NC 27402 | Disb of 4.07% to Claim #000014 | 7100-000 | | 2,235.36 | 1,835.18 |
| 07/28/2016 | 52019 | MARK AND LAURA MCNAMES<br>6285 E. Weld Park Road<br>Stillman Valley , IL 61084 | Disb of 4.07% to Claim #000015 | 7100-000 | | 1,124.15 | 711.03 |
| 07/28/2016 | 52020 | SCOTTRADE BANK EQUIPMENT FINANCE,<br>12800 Corporate Hill Dr.<br>St. Louis , MO 63131 | Disb of 4.07% to Claim #000016 | 7100-000 | | 711.03 | 0.00 |
| *09/22/2016 | | RANKEN TRUCKING, INC.<br>c/o Hewitt & Wagner<br>1124 Lincoln Highway<br>Rochelle , IL 61068 | Stop Payment on Check 52009 | 7100-004 | | (707.38) | 707.38 |
| *10/13/2016 | | VILAS COUNTY TREASURER<br>330 Court St.<br>Eagle River , WI 54521 | Disb of 4.07% to Claim #000006 | 7100-003 | | (175.87) | 883.25 |
| 10/18/2016 | 52021 | RANKEN TRUCKING, INC.<br>c/o Hewitt & Wagner<br>1124 Lincoln Highway<br>Rochelle , IL 61068 | Distribution Check - Replaces Lost Check No. 52009 | 7100-000 | | 707.38 | 175.87 |
| | | | | Page Subtotals | 0.00 | 3,894.67 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/15/2016 | 52022 | United States Bankruptcy Court<br>219 S Dearborn St<br>Chicago, IL 60604 | | | | 13.27 | 162.60 |
| | | | (3.69) | 7100-000 | | | |
| | | | (4.73) | 7100-000 | | | |
| | | | (3.60) | 7100-000 | | | |
| | | | (1.25) | 7100-000 | | | |
| 11/15/2016 | 52023 | NAVIENT SOLUTIONS, INC<br>PO BOX 9640<br>Wilkes-Barre , PA 18773-9640 | Disb of 0.04% to Claim #000004 | 7100-000 | | 5.28 | 157.32 |
| 11/15/2016 | 52024 | RANKEN TRUCKING, INC.<br>c/o Hewitt & Wagner<br>1124 Lincoln Highway<br>Rochelle , IL 61068 | Disb of 0.04% to Claim #000005 | 7100-000 | | 6.81 | 150.51 |
| 11/15/2016 | 52025 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern , PA 19355-0701 | Disb of 0.04% to Claim #000008<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 11.69 | 138.82 |
| | | | | Page Subtotals | 0.00 | 37.05 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | BUSSLER, ZANE D. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/15/2016 | 52026 | TCF EQUIPMENT FINANCE<br>11100 Wayzata Blvd<br>Ste. 801<br>Minnetonka , MN 55305 | Disb of 0.04% to Claim #000009 | 7100-000 | | 51.02 | 87.80 |
| 11/15/2016 | 52027 | PACCAR FINANCIAL CORP.<br>Attn: L Markle, BK Specialist<br>P.O. Box 1518<br>Bellevue , WA 98009-1518 | Disb of 0.04% to Claim #000010 | 7100-000 | | 12.15 | 75.65 |
| 11/15/2016 | 52028 | JNG TRANSPORT INC.<br>10894 Branding Iron Lane<br>Roscoe , IL 61073 | Disb of 0.04% to Claim #000011 | 7100-000 | | 8.85 | 66.80 |
| 11/15/2016 | 52029 | CAN CAPITAL<br>414 W 14th Street 3rd Floor<br>New York , NY 10014 | Disb of 0.04% to Claim #000012 | 7100-000 | | 12.48 | 54.32 |
| 11/15/2016 | 52030 | MACK FINANCIAL SERVICES, A DIVISION VFS US LLC<br>P.O. Box 26131<br>Greensboro , NC 27402 | Disb of 0.04% to Claim #000013<br>(13-1) Account Number (last 4digits):5272 | 7100-000 | | 15.11 | 39.21 |
| 11/15/2016 | 52031 | VFS LEASING CO.<br>P.O. Box 26131<br>Greensboro , NC 27402 | Disb of 0.04% to Claim #000014 | 7100-000 | | 21.53 | 17.68 |
| | | | Page Subtotals | | 0.00 | 121.14 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                                                                                                Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-28948 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | BUSSLER, ZANE D. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5526 Checking Account |
| Taxpayer ID No: | **-***9353 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/14/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |
| 11/15/2016 | 52032 | MARK AND LAURA MCNAMES 6285 E. Weld Park Road Stillman Valley, IL 61084 | Disb of 0.04% to Claim #000015 | 7100-000 | | 10.82 | 6.86 |
| 11/15/2016 | 52033 | SCOTTRADE BANK EQUIPMENT FINANCE, 12800 Corporate Hill Dr. St. Louis, MO 63131 | Disb of 0.04% to Claim #000016 | 7100-000 | | 6.86 | 0.00 |
| | | | | Page Subtotals | 0.00 | 17.68 | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 24,949.68 | 24,949.68 |
| Less:Bank Transfer/CD's | | 24,949.68 | 0.00 |
| **SUBTOTALS** | | 0.00 | 24,949.68 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 24,949.68 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******7527 Checking Account | 25,000.00 | 50.32 | |
| ******5526 Checking Account | 0.00 | 24,949.68 | |
| **NetTotals** | 25,000.00 | 25,000.00 | 0.00 |

| | |
|---|---|
| All Accounts Gross Receipts: | 25,000.00 |
| All Accounts Gross Disbursements: | 25,000.00 |
| All Accounts Net: | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 20)     **Exhibit 9**